**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6550**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAYNE EDWARDS,

Defendant - Appellant.

---

**No. 97-6578**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MELVIN CURTIS COX,

Defendant - Appellant.

---

Appeals from the United States District Court for the District of South Carolina, at Spartanburg. Joseph F. Anderson, Jr., District Judge. (CR-88-181, CA-96-3105-7-17, CA-96-2934-7-17)

---

Submitted: August 14, 1997        Decided: August 25, 1997

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Wayne Edwards, Melvin Curtis Cox, Appellants Pro Se. Alfred William
Walker Bethea, Assistant United States Attorney, Florence, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants seek to appeal the district court's orders denying
their motions filed under 28 U.S.C.A. § 2255 (West 1994 & Supp.
1997). We have reviewed the record and the district court's opin-
ions and find no reversible error. Accordingly, we deny a certifi-
cate of appealability and dismiss the appeal on the reasoning of
the district court. United States v. Edwards, Nos. CR-88-181; CA-
96-3105-7-17 (D.S.C. Mar. 26, 1997); United States v. Cox, Nos. CR-
88-181; CA-96-2934-7-17 (D.S.C. Mar. 26, 1997). We dispense with
oral argument because the facts and legal contentions are adequate-
ly presented in the materials before the court and argument would
not aid the decisional process.

DISMISSED

2